IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gunter I. Braun<br>509 Carlsbad Court<br>Lansdowne, MD 21227<br><br>and<br><br>John Joseph Gallagher<br>3838 Roland Ave., Apt. 1302<br>Baltimore, MD 21211<br><br>and<br><br>Rudolph Manzione<br>32988 Swamp Road<br>Dagsboro, DE 19939<br><br>and<br><br>Philip D. Torello<br>503 Williamsburg Lane<br>Odenton, MD 2111<br><br>      Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC.,<br>710 Medtronic Parkway<br>Minneapolis, Minnesota 55432<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. _____ |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant Medtronic, Inc. ("Defendant"), by and through its undersigned counsel, removes to this Court a civil action entitled <u>Gunter I. Braun et al. v. Medtronic, Inc.</u>, Civil Action No. 0003487-06, pending in the Superior Court of the District of Columbia, on the ground that there is diversity of citizenship between the parties and that the

amount in controversy exceeds $75,000 as provided for in 28 U.S.C. §1332. In support of this Notice, Defendant avers as follows:

**Facts Giving Rise To Jurisdiction**

1. On May 5, 2006, Plaintiffs Gunter I. Braun, John Joseph Gallagher, Rudolph Manzione, and Philip D. Torello ("Plaintiffs") filed their Complaint against Defendant Medtronic, Inc. in the Superior Court of the District of Columbia. A copy of the Complaint and other papers served on Defendant comprising the entire State Court action are attached hereto and made a part hereof as Exhibit A.

2. Plaintiff Gunter I. Braun alleges that he resides and is domiciled at "509 Carlsbad Court, Lansdowne, MD". *See* Exhibit A, Caption. Plaintiff Braun is a citizen of Maryland.

3. Plaintiff John Joseph Gallagher alleges that he resides and is domiciled at "3838 Roland Avenue, Apt. 1302 Baltimore, MD". See Exhibit A, Caption. Plaintiff Gallagher is a citizen of Maryland.

4. Plaintiff Rudolph Manzione alleges that he resides and is domiciled at "32988 Swamp Road, Dagsboro, DE". *See* Exhibit A, Caption. Plaintiff Manzione is a citizen of Delaware.

5. Plaintiffs Philip Torello alleges that he resides and is domiciled at "503 Williamsburg Lane, Odenton, MD". See Exhibit A, Caption. Plaintiff Torello is a citizen of Maryland.

6. Defendant Medtronic, Inc. is a corporation incorporated under the laws of the State of Minnesota and has its principal place of business at 710 Medtronic Parkway, Minneapolis, Minnesota. Pursuant to 28 U.S.C. § 1332(c)(1), Medtronic is a citizen of Minnesota.

7. There is complete diversity of citizenship among the parties to this case.

8. Defendant's "receipt" of the suit papers occurred on May 10, 2006, when Defendant's registered agent was served with the summons and complaint by certified mail at the address of its registered agent. Thus, this Notice of Removal is timely filed with this Court within 30 days of Defendant's receipt of the pleadings and process, and not more than one year after commencement of the action, as required by 28 U.S.C. § 1446(b) and Rule 81(c) of the Federal Rules of Civil Procedure.

## Grounds For Removal

9. Plaintiffs have asserted the following twenty claims in their Complaint: (Count I) that Medtronic was negligent with regard to Plaintiff Braun; (Count II) that Medtronic is strictly liable to Plaintiff Braun; (Count III) that Medtronic breached warranties to Plaintiff Braun; (Count IV) that Medtronic made misrepresentations of material facts to Plaintiff Braun; (Count V) that Medtronic owes punitive damages to Plaintiff Braun; (Count VI) that Medtronic was negligent with regard to Plaintiff Gallagher (Count VII) that Medtronic is strictly liable to Plaintiff Gallagher; (Count VIII) that Medtronic breached warranties to Plaintiff Gallagher; (Count IX) that Medtronic made misrepresentations of material facts to Plaintiff Gallagher; (Count X) that Medtronic owes punitive damages to Plaintiff Gallagher; (Count XI) that Medtronic was negligent with regard to Plaintiff Manzione (Count XII) that Medtronic is strictly liable to Plaintiff Manzione; (Count XIII) that Medtronic breached warranties to Plaintiff Manzione; (Count XIV) that Medtronic made misrepresentations of material facts to Plaintiff Manzione; (Count XV) that Medtronic owes punitive damages to Plaintiff Manzione; (Count XVI) that Medtronic was negligent with regard to Plaintiff Torello; (Count XVII) that Medtronic is strictly liable to Plaintiff Torello; (Count XVIII) that Medtronic breached warranties to Plaintiff Torello; (Count XIX) that Medtronic made misrepresentations of material facts to

Plaintiff Torello; and (Count XX) that Medtronic owes punitive damages to Plaintiff Torello. *See* Exhibit A, generally.

10. This Court has diversity jurisdiction over this case under 28 U.S.C. §1332(a)(1). Plaintiffs are citizens of the States of Maryland and Delaware and Defendant Medtronic is a citizen of a state or territory other than Maryland or Delaware as set forth above. It appears from the allegations in the Complaint that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. See Exhibit A.

11. Removal to this District is proper because Plaintiffs' action is pending in this District and Division. 28 U.S.C. §1441(a).

12. Written notice of the filing of this pleading has been given to Plaintiffs' counsel and the Clerk of the Superior Court for the District of Columbia. A copy of the Notice of Filing of Removal to Federal Court filed with the Superior Court of the District of Columbia is attached hereto and made a part hereof as Exhibit B.

WHEREFORE, Defendant respectfully moves that the above-entitled action be removed from the Superior Court of the District of Columbia to this Court.

Respectfully submitted,

MEDTRONIC, INC.

Geoffrey J. Greeves (Bar #463035)
GREENBERG TRAURIG, L.L.P.
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
Tel. (202) 331-3183
Fax. (202) 331-3101
email: greevesg@gtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid on May _17_, 2006, on:

>Aaron Levine, Esq.
>Brandon J. Levine, Esq.
>Renee L. Robinson-Meyer, Esq.
>Steven J. Lewis, Esq.
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, N.W.
>Washington, D.C. 20036

_/s/ Geoffrey J. Greeves_
Geoffrey J. Greeves