# EXHIBIT B

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Civil Action No. 0003487-06

| | |
|---|---|
| GUNTER I. BRAUN et al. ) | |
| ) | |
| Plaintiffs, ) | **NOTICE OF REMOVAL FILING** |
| v. ) | |
| ) | |
| MEDTRONIC, INC. ) | |
| ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. section 1446(d), Medtronic, Inc., by and through its undersigned counsel, hereby files a copy of the Notice of Removal filed today in the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached as Exhibit A.

Respectfully submitted,

MEDTRONIC, INC.

_____
Geoffrey J. Greeves (D.C. Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
Telephone (202) 331-3183
Facsimile (202) 331-3101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid on May 17, 2006, on:

>Aaron Levine, Esq.
>Brandon J. Levine, Esq.
>Renee L. Robinson-Meyer, Esq.
>Steven J. Lewis, Esq.
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, N.W.
>Washington, D.C. 20036

_____
Geoffrey J. Greeves