IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNTER I. BRAUN et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MEDTRONIC, INC., )<br>710 Medtronic Parkway )<br>Minneapolis, Minnesota 55432 )<br>)<br>)<br>Defendant. ) | Civil Action No. _____ |

## CERTIFICATE REQUIRED BY L.C.V.R. 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Medtronic, Inc., certify that to the best of my knowledge and belief, the following Defendant has outstanding securities in the hands of the public.

1) Defendant Medtronic, Inc.

Defendant has no parent companies, subsidiaries, or affiliates which have securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

MEDTRONIC, INC.

_____
Geoffrey J. Greeves (Bar #463035)
GREENBERG TRAURIG, L.L.P.
greevesg@gtlaw.com
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
Tel. (202) 331-3183
Fax. (202) 331-3101
email: greevesg@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid on May 17, 2006, on:

>Aaron Levine, Esq.
>Brandon J. Levine, Esq.
>Renee L. Robinson-Meyer, Esq.
>Steven J. Lewis, Esq.
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, N.W.
>Washington, D.C. 20036

_____
Geoffrey J. Greeves