IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUNTER I. BRAUN, et al.** ]<br>]<br>**Plaintiffs,** ]<br>]<br>v. ]<br>]<br>**MEDTRONIC, INC.** ]<br>]<br>**Defendant.** ] | Civil Action No.: 06-cv-0935 (EGS)<br>Next Event: Initial Scheduling Conference<br>on June 27, 2006 at 10:00 a.m. |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs GUNTER I. BRAUN, JOHN JOSEPH GALLAGHER, RUDOLPH MANZIONE, and PHILIP D. TORELLO in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046