IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNTER I. BRAUN, et al ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 06-cv-0935 (EGS) |
| ) | |
| MEDTRONIC, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE that, on December 7, 2005 the Judicial Panel on Multidistrict Litigation ("JPML") issued a Transfer Order in MDL 1726, entitled *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation* ("MDL 1726"). The Transfer Order consolidates and transfers "all related actions" to the Honorable James M. Rosenbaum in the United States District Court for the District of Minnesota for pre-trial purposes. A copy of the Transfer Order is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, on January 20, 2006, United States Magistrate Judge Arthur J. Boylan entered a Pretrial Order in MDL 1726, which, pursuant to stipulation by and between Co-Lead MDL Counsel for Plaintiffs and Lead Counsel for Medtronic, Inc., was amended by Pretrial Order No. 3, dated February 10, 2006. Pursuant to the Pretrial Order, as amended, Medtronic, Inc. is no longer required to file an answer or other responsive pleading in any related action pending its transfer to MDL 1726. *See* Paragraphs 22.B and 17.B of the Pretrial Order and Paragraph 3 of Pretrial Order No. 3, copies of which are attached hereto as Exhibits B and C, respectively.

PLEASE TAKE FURTHER NOTICE that, Medtronic, Inc. will file with the JPML a Notice of Potential Tag-Along Actions in order to have the above-captioned action transferred to the United States District Court for the District of Minnesota to be consolidated with MDL 1726.

Dated: May 24, 2006

**MEDTRONIC, INC.**

By: _____/s/_____
Geoffrey J. Greeves (Bar #463035)
GREENBERG TRAURIG, L.L.P.
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
Tel. (202) 331-3183
Fax. (202) 331-3101
email: greevesg@gtlaw.com

and

Lori G. Cohen
Greenberg Traurig, LLP
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
Tel: (678) 553-2100
Fax: (678) 553-2212

**Plaintiffs' Co-Lead Counsel MDL 1726**

_____/s/_____
(Signed by counsel for Medtronic, Inc. with express permission)
Dan E. Gustafson
Gustafson Gluek PLLC
650 Northstar East
608 Second Ave. S
Minneapolis, MN 55402

Charles S. Zimmerman
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid on May 24, 2006, on:

>Aaron Levine, Esq.
>Brandon J. Levine, Esq.
>Renee L. Robinson-Meyer, Esq.
>Steven J. Lewis, Esq.
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, N.W.
>Washington, D.C. 20036

                          /s/
                      Geoffrey J. Greeves