IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUNTER I. BRAUN, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-0935 (EGS) |
| ] | Next Event:  Initial Scheduling Conf. |
| **MEDTRONIC, INC.** ] | 6/27/06 at 10:00 a.m. |
| ] | |
| **Defendant.** ] | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW THE PLAINTIFFS, by and through counsel, and respectfully requests that this Court grant the Plaintiffs leave to file an Amended Complaint, and as grounds therefore states:

1. This case concerns a products liability/negligence claim involving four plaintiffs who suffered injuries due to defective Medtronic implantable cardioverter defibrillators ("ICDs").

2. Plaintiffs filed their initial Complaint on May 5, 2006 in the Superior Court for the District of Columbia and Defendant removed the case to the United States District Court for the District of Columbia on May 17, 2006. The Initial Scheduling Conference is set for June 27, 2006.

3. At this time, Plaintiffs would like to add one additional plaintiff to the Complaint. The proposed plaintiff has suffered similar injuries as the original four plaintiffs due to one of Medtronic's defective ICDs. Each of these cases involve common issues of fact as indicated by the Defendant in their filing of the "Notice of Designation of Related Civil Cases Pending in this or any other United States Court" on May 17, 2006. Therefore, it would be efficient for the Court to allow Plaintiffs to add the proposed plaintiff to this existing action rather than require the proposed plaintiff to file a new action.

4. The proposed plaintiff is a resident of New York and would not destroy diversity.

5.  Plaintiffs therefore request leave to amend their Complaint to add one additional plaintiff. No prejudice will result to the Defendant by allowing Plaintiffs to amend their Complaint at this early stage of the proceedings. In addition, this action will likely be transferred to the District of Minnesota as indicated by Defendant's Notice of Tag-Along Action filed on May 24, 2006..

6.  Plaintiffs attempted to obtain consent from counsel for the Defendant as required by L.Cv.R. 7(m) on May 30, 2006, but were unable to do so.

7.  Plaintiffs' Amended Complaint is attached hereto as Appendix No. 1.

    Respectfully submitted,

    AARON M. LEVINE & ASSOCIATES, P.A.


    /s/ Aaron M. Levine
    Aaron M. Levine, #7864
    1320 19th Street, N.W., Suite 500
    Washington, D.C. 20036
    (202) 833-8040

    Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUNTER I. BRAUN, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-0935 (EGS) |
| ] | Next Event: Initial Scheduling Conf. |
| **MEDTRONIC, INC.** ] | 6/27/06 at 10:00 a.m. |
| ] | |
| **Defendant.** ] | |

## STATEMENT OF POINTS AND AUTHORITIES

1. Local Civil Rule 7.

2. Local Civil Rule 15.1.

3. Federal Rule of Civil Procedure 15.

4. The record herein.

                                AARON M. LEVINE & ASSOCIATES, P.A.


                                 /s/ Aaron M. Levine
                                Aaron M. Levine, #7864
                                1320 19th Street, N.W., Suite 500
                                Washington, D.C. 20036
                                (202) 833-8040
                                Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUNTER I. BRAUN, et al.**       ]<br>                                                  ]<br>   **Plaintiffs,**                      ]<br>                                                  ]<br>   v.                                         ]<br>                                                  ]<br>**MEDTRONIC, INC.**                 ]<br>                                                  ]<br>   **Defendant.**                      ] | Civil Action No.: 06-cv-0935 (EGS)<br>Next Event:  Initial Scheduling Conf.<br>                         6/27/06 at 10:00 a.m. |

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Leave to File an Amended Complaint, it is this _____ day of _____, 2006;

ORDERED that the Motion be, and hereby is GRANTED and it is;

FURTHER ORDERED, that Plaintiffs' Amended Complaint be deemed filed as of the filing of this Order.

_____                     _____
DATE                                                                      U.S. DISTRICT COURT JUDGE