# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUNTER I. BRAUN, et al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Case No. 06-cv-0935 (EGS) |
| ) | |
| **MEDTRONIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### PRAECIPE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Plaintiffs have moved for leave to amend to add an additional plaintiff to this civil action. Medtronic, Inc., hereby notifies this Court that, provided the plaintiff which Plaintiffs' counsel seeks to add to this civil action will not defeat the jurisdiction of this Court pursuant to 28 U.S.C. §1332, it does not oppose Plaintiffs' Motion, and the Parties have agreed that, upon remand of this case from *In Re: Medtronic, Inc., Implantable Defibrillators Product Liability Litigation*, United States District, District of Minnesota; MDL No. 05-1726 (JMR/AJB), each Plaintiff's case will be severed and tried separately.

Respectfully submitted,

MEDTRONIC, INC.
      /s/ Geoffrey J. Greeves
Geoffrey J. Greeves (Bar #463035)
GREENBERG TRAURIG, L.L.P.
greevesg@gtlaw.com
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
Tel. (202) 331-3183
Fax. (202) 331-3101

and

Lori G. Cohen
GREENBERG TRAURIG, L.L.P.
The Forum, 3290 Northside Pkwy, Suite 400
Atlanta, GA 30327
Tel. (678) 553-2100
Fax. (678) 553-2244