UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUNTER I. BRAUN, et al.,<br>            Plaintiffs<br><br>        v.<br><br>MEDTRONIC, INC.,<br>            Defendant. | Civil Action No. 06-935<br>(EGS) |

### ORDER

Pursuant to 28 U.S.C. § 1407, and the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation dated July 11, 2006, a copy of which is attached, it is hereby

**ORDERED** that this case is hereby **TRANSFERRED** to the United States District Court for the District of Minnesota.


SIGNED:    EMMET G. SULLIVAN
           UNITED STATES DISTRICT JUDGE
           July 17, 2006