JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1726

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS
PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-12)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 95 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-12 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| **CALIFORNIA CENTRAL** | |
| CAC 5 06-547 | Yiyoung Ocampo v. Medtronic, Inc. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-935 | Gunter I. Braun, et al. v. Medtronic, Inc. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-463 | Rosalind Thomas, etc. v. Medtronic, Inc., et al. |
| FLM 8 06-955 | B.B., etc. v. Medtronic, Inc. |
| **SOUTH CAROLINA** | |
| SC 0 06-1843 | William P. Melton, et al. v. Medtronic, Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 4 06-411 | Robert Kenworthy v. Medtronic, Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1577 | Yolanda Roescher v. Medtronic, Inc. |