# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

July 27, 2006

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

CA06-935 EGS

Re: MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

(See Attached CTO-12)

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 11, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:     Judge James M. Rosenbaum
    Transferor Judges:    (See Attached List of Judges)
    Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1726

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-12)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 95 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-12 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 5 06-547 | Yiyoung Ocampo v. Medtronic, Inc. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-935 *EGS* | Gunter I. Braun, et al. v. Medtronic, Inc. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-463 | Rosalind Thomas, etc. v. Medtronic, Inc., et al. |
| FLM 8 06-955 | B.B., etc. v. Medtronic, Inc. |
| **SOUTH CAROLINA** | |
| ~~SC 0 06-1843~~ | ~~William P. Melton, et al. v. Medtronic, Inc., et al.~~ Vacated 7/26/06 |
| **TEXAS NORTHERN** | |
| TXN 4 06-411 | Robert Kenworthy v. Medtronic, Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1577 | Yolanda Roescher v. Medtronic, Inc. |

# INVOLVED COUNSEL LIST (CTO-12)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Galen D. Bauer
Spohrer, Wilner, Maxwell & Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Glenn Bowens
Pope & Bowens
P.O. Box 665
Blythewood, SC 29016

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Lori Gail Cohen
Greenberg Traurig, LLP
3290 Northside Parkway, N.W.
Suite 400, The Forum
Atlanta, GA 30327

Martin S. Driggers, Jr.
Sweeny, Wingate & Barrow
P.O. Box 12129
Columbia, SC 29211

Dawn I. Giebler-Millner
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
P.O. Box 4923
Orlando, FL 32802-4923

Geoffrey J. Greeves
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006

Lawrence B. Hancock
Greenberg Traurig, LLP
1000 Louisiana Street
Suite 1800
Houston, TX 77002

Suanne I. Honey
Honey, Rogers, Baron & Behrndt
12371 Lewis Street, Suite 103
Garden Grove, CA 92840-4687

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W.
Suite 500
Washington, DC 20036

Donald M. Lewis
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South Tower
220 South Sixth Street
Minneapolis, MN 55402-4501

Richard A. Lockridge
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Keith D. Munson
Womble Carlyle Sandridge & Rice
P.O. Box 10208
Greenville, SC 29603

Tracy A. Phillips
Stanley, Phillips & Bell
1330 Post Oak Blvd.
Suite 2820
Houston, TX 77056

Peter Samir Wahby
Greenberg Traurig, LLP
Three Galleria Tower
13155 Noel Road
Suite 600
Dallas, TX 75240

Jason C. Webster
Abraham Watkins Nichols Sorrels Matthews & Friend
800 Commerce Street
Houston, TX 77002

Kent G. Whittemore
Whittemore Law Group, P.A.
1 Beach Drive, S.E.
Suite 205
St. Petersburg, FL 33701

# INVOLVED JUDGES LIST (CTO-12)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Emmet G. Sullivan
U.S. District Judge
4935 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2902

~~Hon. Robert Bryan Harwell~~
~~U.S. District Judge~~
~~John L. McMillan Federal Building and U.S. Courthouse~~
~~3rd Floor~~
~~401 West Evans Street~~
~~Florence, SC 29501~~

# INVOLVED CLERKS LIST (CTO-12)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

~~Larry W. Propes, Clerk~~
~~Matthew J. Perry, Jr. Courthouse~~
~~901 Richland Street~~
~~Columbia, SC 29201-2328~~

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800